UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -vs- | 12 CR 71    (KSH) |
| Ray Wayne | ORDER OF REFERRAL |
| Defendant, | |

The defendant, Ray Wayne, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: 1/25/12

_____
United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)
Michael Gilberti